**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CHARLES A. McFEELY, III,**
    Plaintiff,                                    Case No. 2:07-cv-10596

**vs.**                                                      Honorable Patrick J. Duggan

**THE SENECA WIRE &**                      Magistrate Judge R. Steven Whalen
**MANUFACTURING COMPANY,**
    Defendant.

___

**STIPULATED ORDER**
**FOR DISMISSAL WITH PREJUDICE**

The parties having stipulated to the entry hereof, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

                                                           s/PATRICK J. DUGGAN
                                                           United States District Judge

Date: July 11, 2008

Stipulated and agreed to:

| | |
|---|---|
| s/Kevin P. Albus | s/Matthew D. Harper (w/consent) |
| Randall J. Gillary, P.C. | Eastman & Smith Ltd. |
| 201 W. Big Beaver Rd., Ste. 1020 | One SeaGate, 24th Floor |
| Troy, MI 48084 | P.O. Box 10032 |
| (248) 528-0440 | Toledo, OH 43699-0032 |
| kalbus@gillarylaw.com | (419) 241-6000 |
| P53668 | mdharper@eastmansmith.com |
| | P52856 |

LAW OFFICES OF
RANDALL J. GILLARY, P.C.
COLUMBIA CENTER
201 W. BIG BEAVER ROAD
SUITE 1020
TROY, MI 48084

(248) 528-0440
FAX (248) 528-3412